[No. 42489-1-I. Division One. July 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD FRANK FISH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-05307-9, Sharon S. Armstrong, J., entered March 27, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 41885-8-I. Division One. July 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT F. ELLIOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00721-1, Thomas J. Wynne and James H. Allendoerfer, JJ., entered December 18, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 42975-2-I. Division One. July 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHANIAL URLACHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-01032-2, Patricia Hall Clark, J., entered June 3, 1998. *Dismissed* by unpublished per curiam opinion.

[Nos. 44078-1-I; 44192-2-I. Division One. July 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. PIN UN, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 98-8-07468-1 and 98-8-06244-1, Dean Scott Lum, J., entered January 6, 1999 and January 22, 1999. *Dismissed* by unpublished per curiam opinion.